# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2014

148316

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SC: 148316
COA: 316188
Saginaw CC: 08-031751-FC

SCOTT DAVID PERREAULT,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the November 1, 2013 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2014



Clerk

p0421